## PETTES v. UPHAM.

Under Gen. Laws, c. 184, s. 6, the revocation of a guardianship, the personal cause of which has ceased, is not prevented by a pending process of settling the ward's estate in the insolvent course, under Gen. Laws, c. 186, s. 10.

PROBATE APPEAL.

*Woodward,* for the plaintiff.

*Lane,* for the creditors.

BINGHAM, J.   The plaintiff is under guardianship as a spend-thrift.   Upon his petition for revocation, the probate court found. that the cause for guardianship had ceased; but his petition was denied, on the ground that his creditors' rights might be injuriously affected by a revocation before the completion of the pending process of settling his estate in the insolvent course, under Gen. Laws, *c.* 186, *s.* 10.   Without undertaking to determine what effect, if any, a revocation will have upon that process, or upon the rights. of his creditors, we are of the opinion that he is entitled to personal freedom and a decree of revocation.

*Decree reversed.*

All concurred.